FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN - 7 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Johnson   L0010
(Last Name)  (Identification Number)

Dalion   Marquis
(First Name)  (Middle Name)

Pike County Jail
(Institution)

2109 Jessie Hall rd magnolia, ms 39652
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.   CIVIL ACTION NUMBER: 5:25 cv 2-DCB-BWR
(to be completed by the Court)

Pike County Jail
Joel Hines
County of Pike

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Deshion Marquis Johnson   Prisoner Number: L0010

Address: 2109 Jessie Hall memorial Rd. Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Pike County Jail/Jkid Hinos is employed as Mayor at Pike County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Deshion Marquis Johnson

ADDRESS: 2109 Jessie Hall rd. Magnolia MS, 39652

DEFENDANT(S):

NAME:
Jkel Hinos
Pike County Jail
County of Pike

ADDRESS:
2109 Jessie Hall rd Magnolia MS 39652
2109 Jessie Hall rd Magnolia MS, 39652
2109 Jessie Hall rd Magnolia MS, 39652

## OTHER LAWSUITS FILED BY PLAINTIFF

### NOTICE AND WARNING
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

**CASE NUMBER 1.**
1. Parties to the action: _Devion Johnson V/S Ready Temporary Services_
2. Court (if federal court, name the district; if state court, name the county): _Denver County_
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _the case was settled for 30,000 dollars_

**CASE NUMBER 2.**
1. Parties to the action: _Devicon Johnson V/S Pike County Jail_
2. Court (if federal court, name the district; if state court, name the county): _Pike County_
3. Docket Number: _5:24-CV-00047-DCB-ASH_
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _pending_

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Violation of Condition of Confinement, Cruel and unusal treatment discrimination damage of property. Violation of my Constitutional rights. Inhumane treatment Emotional Stress

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. $150,000 in damages

Signed this 31 day of December, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff